AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>USPS Priority Mail Package bearing tracking number "9405 5361 0936 1054 4231 07"" | )<br>)<br>) Case No. 2:22-mj-00030<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail Package bearing tracking number "9405 5361 0936 1054 4231 07"

located in the __Southern__ District of __West Virginia__, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances and/or Proceeds of Drug Trafficking

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 (a) | Distribution of a controlled substance |
| 21 U.S.C. 843 (b) | Using the mail to facilitate the distribution of a controlled substance |
| 21 U.S.C. 846 | Conspiracy to distribute a controlled substance |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Brandon S. Holestine, United States Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone after a PDF was submitted via email__ *(specify reliable electronic means)*.

Date: _____

*Judge's signature*

City and state: Bluefield, West Virginia   Omar J. Aboulhosn, United States Magistrate Judge
*Printed name and title*